William E. Ireland (Bar No. 115600)
 *wireland@hbblaw.com*
Tristan C. Orozco (Bar No. 314557)
 *torozco@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant,
NFI GLOBAL, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PONTE VEDRA GIFTS AND ACCESSORIES COMPANY, LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NFI GLOBAL, LLC, a New Jersey limited liability company, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:20-CV-02203-PA-MRW<br><br>**DECLARATION OF JACOB C. LEHMAN IN SUPPORT OF AMENDED NOTICE OF REMOVAL** |

### DECLARATION OF JACOB C. LEHMAN

I, Jacob C. Lehman, declare as follows:

1. I am a partner of the law firm German, Gallagher, Murtagh, P.C., and a member in good standing of the Pennsylvania and New Jersey bars. I am responsible for providing legal services to NFI Global, LLC. and am readily familiar with its organizational status, its member NFI, L.P., and NFI, L.P.'s partners. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I submit this declaration in support of NFI Global, LLC's Amended Notice of Removal.

2. Defendant NFI Global, LLC is an LLC whose sole member is NFI, L.P. NFI, L.P. is a limited partnership organized under the laws of the State of Delaware. There are four partners of NFI, L.P. Three are traditional trusts and one, NFI GP, LLC, is a Delaware LLC.

3. The three members of NFI GP, LLC are 1) Sidney R. Brown, who is domiciled in and a citizen of Pennsylvania; 2) Irwin J. Brown, who is domiciled in and a citizen of Texas; and 3) Jeffrey S. Brown, who is domiciled in and a citizen of New Jersey.

4. The names of the three trusts that are partners of NFI, L.P., the names those trusts' trustees, and the states in which the trustees are domiciled and of which they are citizens are shown on the following table:

| | Name of Trust | Name of Trustee | State of Trustee's Domicile |
|---|---|---|---|
| 1. | Sidney R. Brown 2009 GST Exempt Family Trust Dated November 30, 2009 (a N.J. trust) | Sandra Brown<br><br>Scott Brucker | Pennsylvania & Pennsylvania |
| 2. | Jeffery S. Brown 2015 GST Exempt Trust (a N.J. trust) | Daniel Cooper & Tracy Brown | Pennsylvania & New Jersey |
| 3. | Irwin J. Brown 2015 GST Exempt Family Trust (a Texas trust) | Scott Brucker | Pennsylvania |

5. No partner of NFI, L.P. is a citizen of California.

Executed on this 6th day of March, 2020, at Philadelphia, Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jacob C. Lehman
Jacob C. Lehman

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

*Ponte Vedra Gifs and Accessories Company, LLC v. NFI Global, LLC, et al.*
Case No. 2:20-cv-02203 PA-MRW

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On March 12, 2020, I served true copies of the following document(s) described as **DECLARATION OF JACOB C. LEHMAN IN SUPPORT OF AMENDED NOTICE OF REMOVAL on the interested parties in this action as follows:**

Aaron J. Malo
Jacqueline A. Gottlieb
SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
650 Town Center Drive, Tenth Floor
Costa Mesa, California 92626-1993

Attorneys for Plaintiff
Telephone: 714.513.5100
Facsimile: 714.513.5130
Email:
    amalo@sheppardmullin.com
    jgottlieb@sheppardmullin.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Haight Brown & Bonesteel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 12, 2020, at Los Angeles, California.

                                          /s/ Patricia Haymond
                                          Patricia Haymond