# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PONTE VEDRA GIFTS AND ACCESSORIES COMPANY, LLC<br><br>PLAINTIFF(S)<br><br>v.<br><br>NFI GLOBAL, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20−cv−02408<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   3/12/2020   |   1   |   Notice of Removal   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

A case−initiating document was submitted without payment of the full filing fee. Within two business days of this notice, counsel must pay the filing fee or file a request to proceed in forma pauperis; otherwise, the docket for this case number will be closed and no further filings will be permitted under this case number. The filing fee may be paid online by docketing the event "Pay Filing Fee."

*Other Error(s):*

The case number on the documents does not match this case number.

Clerk, U.S. District Court

Dated:  March 13, 2020    By:   /s/ *Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*
                                     Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –